MORGAN, LEWIS & BOCKIUS LLP
Thomas A. Linthorst, CA Bar No. 179798
502 Carnegie Center
Princeton, NJ 08540-6241
Tel:   +1.609.919.6600
Fax:   +1.609.919.6701
thomas.linthorst@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Andrea Fellion, CA Bar No. 262278
One Market
Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001
andrea.fellion@morganlewis.com

Attorneys for Defendant
BRISTOL-MYERS SQUIBB COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ANN HARGER,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BRISTOL-MYERS SQUIBB COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-00895-TLN-DB<br><br>**STIPULATION AND ORDER TO SUBMIT TO ARBITRATION**<br><br>Complaint filed:   May 25, 2022 |

**STIPULATION**

WHEREAS, on May 25, 2022, Plaintiff Elizabeth Ann Harger ("Plaintiff") filed this individual action in the Eastern District of California against Defendant Bristol-Myers Squibb Company, ("Defendant") asserting claims for: (1) Wrongful Termination in Violation of Public Policy; (2) Discrimination in Violation of the California Fair Employment and Housing Act Based on Religion; and (3) Failure to Accommodate Religious Belief in Violation of the California Fair Employment and Housing Act (this "Action").

WHEREAS, on May 27, 2022, Plaintiff served Defendant with the Complaint in this Action.

WHEREAS, counsel for Defendant provided Plaintiff's counsel a copy of the Mutual Arbitration Agreement between Plaintiff and Defendant and, on June 11, 2022, sent Plaintiff's counsel a copy of Plaintiff's electronic signature agreeing to the same (together, the "Agreement").  The terms of this Agreement provide that "all disputes, claims, complaints, or controversies ("Claims") that you have now, or at any time in the future may have against [the Company], or that the Company has now or at any time in the future against you . . . arising out of and/or directly or indirectly related to your . . . employment with the Company, and/or . . . termination of your employment with the Company. . . are subject to arbitration pursuant to the terms of this Agreement and will be resolved by arbitration and NOT by a court or jury."

WHEREAS, Defendant requested that Plaintiff submit the claims raised by the Action to arbitration in accordance with the Agreement, and Plaintiff has agreed to do so.

NOW, THEREFORE, Plaintiff and Defendant, by and through their respective counsel, hereby stipulate and agree as follows:

1. The claims in this Action shall be submitted to arbitration pursuant to the Agreement;

/ / /

/ / /

/ / /

/ / /

2. This Action shall be dismissed without prejudice, and the Court shall retain jurisdiction to confirm, vacate, or otherwise review any arbitral award under the Federal Arbitration Act, 9 U.S.C. § 1 et. seq.

**IT IS SO STIPULATED.**

Dated: June 30, 2022                    MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Andrea Fellion*
Thomas A. Linthorst
Andrea Fellion

Attorneys for Defendant
BRISTOL-MYERS SQUIBB COMPANY

Dated: June 30, 2022                    RUGGLES LAW FIRM

By  */s/ Matthew J. Ruggles*
Matthew J. Ruggles

Attorneys for Plaintiff
ELIZABETH ANN HARGER

### Local Rule 133(e) Certification

Pursuant to Local Rule 133(e), the filer of this document attests that concurrence in the filing has been obtained from each of the other signatories.

*/s/ Andrea Fellion*

# ORDER

Based upon the Stipulation of the parties, and good cause appearing, the Court HEREBY ORDERS as follows:

1. The above stipulation is approved;

2. The claims in this Action shall be submitted to arbitration pursuant to the parties' Agreement;

3. This Action shall be dismissed without prejudice, and the Court shall retain jurisdiction to confirm, vacate, or otherwise review any arbitral award under the Federal Arbitration Act, 9 U.S.C. § 1 et. seq.

4. All upcoming deadlines, including those set in the Court's May 26, 2022 Initial Scheduling Order, are off calendar.

**IT IS SO ORDERED.**

DATED: July 1, 2022

_____
Troy L. Nunley
United States District Judge